UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.

GEORGE EKINS, an individual,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a
Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company; and
FLORIDA REGIONAL CENTER, LLC
a Florida limited liability company,

    Defendants.

## COMPLAINT

Plaintiff, GEORGE EKINS ("Plaintiff" or "Ekins"), by and through his undersigned attorneys, hereby sues Defendants, HARBOURSIDE FUNDING, LP; HARBOURSIDE FUNDING GP, LLC; and FLORIDA REGIONAL CENTER, LLC (collectively, "Defendants"), and alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and Plaintiff is a citizen of a State which is different from the State of citizenship of all Defendants. There is complete diversity between Plaintiff and all Defendants.

1

2. Venue is proper in the West Palm Beach Division of the Southern District of Florida because that is where a substantial part of the events or omissions giving rise to the claim occurred and where all of the Defendants reside.

## THE PARTIES

3. Plaintiff, George Ekins ("Plaintiff" or "Ekins") is an individual *sui juris* and a citizen of California.

4. Defendant, Harbourside Funding, LP ("HF") is a Florida limited partnership with its principal place of business in North Palm Beach, Florida.

5. Defendant, Harbourside Funding GP, LLC ("HFG") is a Florida limited liability company with its principal place of business in North Palm Beach, Florida.

6. Defendant, Florida Regional Center, LLC ("FRC") is a Florida limited liability company with its principal place of business in North Palm Beach, Florida.

## GENERAL FACTS

7. In or around September 11, 2011, Plaintiff entered into an agreement ("the "Consultant Agreement") with Defendants regarding the provision of certain consulting services by Plaintiff to Defendants.

8. Thereafter, a dispute arose between and among the parties concerning payment owed to Plaintiff by Defendants under the terms of the Consultant Agreement.

9. In November 2013, the parties entered into a confidential written Settlement Agreement and General Release ("Settlement Agreement") for purposes of settling and resolving all disputes between and among the parties relative to the Consulting Agreement.

10. Defendants agreed to make payments to Plaintiff of sums certain by dates certain pursuant to the terms of the Settlement Agreement.

11. Defendants have failed to comply with their payment obligations under the Settlement Agreement.

12. Plaintiff has notified Defendants of their default under the Settlement Agreement.

13. Defendants have failed to cure the default.

14. All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, have been performed, or have been waived or excused by Defendants.

15. Plaintiff has been compelled to engage the services of the undersigned attorneys and to pay them a reasonable fee.

## CAUSE OF ACTION

**(Breach of Settlement Agreement – Payment Default)**

16. Plaintiff re-alleges paragraphs 1 through 15 above as if fully set forth herein.

17. Plaintiff and Defendants are parties to the Settlement Agreement.

18. Defendants have breached the Settlement Agreement by failing to make payment due and owing to Plaintiff.

19. Defendants' breach has caused injury to Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendants jointly and severally for compensatory damages, prejudgment interest, post-judgment interest, attorneys' fees, and costs.

*~signature page follows~*

DATED: April 7, 2014

          RESPECTFULLY SUBMITTED,

/s/ Jared H. Beck
By: Jared H. Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:     (305) 234-2060
Facsimile:     (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

*Attorneys for Plaintiff*

4