UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS,

    Plaintiff,

v.

HARBOURSIDE FUNDING, LP, et al.,

    Defendants.
_____/

### ORDER DENYING MOTION TO DISMISS AS MOOT

**THIS CAUSE** is before the Court *sua sponte*.  On May 2, 2014, Defendants filed a Motion to Dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b).  See DE 8.  On May 19, 2014, Plaintiff filed an amended complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B).  See DE 14.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [DE 8] is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2014.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF