UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 14-80479-CIV-COHN/SELTZER

FILED by _____ D.C.

JUL 11 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

GEORGE EKINS, an individual,

     Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a
Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company; and
FLORIDA REGIONAL CENTER, LLC,
a Florida limited liability company,

     Defendants.

## PLAINTIFF GEORGE EKINS' MOTION TO FILE UNDER SEAL

Plaintiff, GEORGE EKINS, ("Plaintiff"), by and through undersigned counsel and

pursuant to Local Rule 5.4, respectfully requests that the Court file under seal Plaintiff's Motion

for Final Summary Judgment and supporting Declaration of George Ekins and Declaration of

Jared H. Beck, each with exhibits. In support thereof, Plaintiff states:

     1.     Plaintiff respectfully requests that the Court deviate from the general policy of a

public filing of the Motion for Final Summary Judgment ("Summary Judgment Motion") and

supporting Declaration of George Ekins and Declaration of Jared H. Beck, each with exhibits.

The Summary Judgment Motion pertains to and references the terms of a Settlement Agreement[1]

between the parties that contains a confidentiality clause. Accordingly, to maintain the

_____

[1]     The Settlement Agreement is being filed as Exhibit 2 to the Declaration of George Ekins.

1

confidentiality of the Settlement Agreement, the Summary Judgment Motion and supporting documents and exhibits should be filed under seal.

2.      Consistent with the Sealed Motion Tracking Form filed simultaneously with this motion, Plaintiff respectfully requests that the filings accompanying this motion remain sealed until the conclusion of a direct appeal, and then returned to Plaintiff at the address of undersigned counsel. A proposed Order granting this motion is attached hereto.

3.      Prior to filing this motion, Plaintiff's counsel conferred with Defendants' counsel who confirmed he has no objection to the relief sought.

DATED: July 11, 2014

RESPECTFULLY SUBMITTED,

By: Jared H. Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:      (305) 234-2060
Facsimile:      (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2014, a true an correct copy of the foregoing

*PLAINTIFF GEORGE EKINS' MOTION TO FILE UNDER SEAL*

was served via U.S. Mail and e-mail on all counsel of record or pro se parties identified on the attached service list.

_____

Jared H. Beck

**SERVICE LIST**
*Ekins v. Harbourside Funding, LP et al.*
**Case No. 14-80479-COHN/SELTZER**

Mitchell W. Berger, Esq.
Zachary P. Hyman, Esq.
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 3301
Telephone:     (954) 525-9900
Facsimile:     (954) 523-2872
mberger@bergersingerman.com;
zhyman@bergersingerman.com

**Counsel for Defendants**