UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS, an individual,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a
Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company; and
FLORIDA REGIONAL CENTER, LLC
a Florida limited liability company,

    Defendants.

## JOINT NOTICE REGARDING PROPOSED FINAL JUDGMENT

Plaintiff, GEORGE EKINS ("Plaintiff "), and Defendants, HARBOURSIDE FUNDING, LP; HARBOURSIDE FUNDING GP, LLC; and FLORIDA REGIONAL CENTER, LLC (collectively, "Defendants"), by and through their undersigned attorneys and pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment [D.E. 39] ("Summary Judgment Order"), hereby file their Joint Notice Regarding Proposed Final Judgment.

On September 17, 2014, the Court entered summary judgment in favor of Plaintiff, and directed Plaintiff's counsel to confer with Defendants and submit a proposed final judgment on or before October 6, 2014. The parties have now conferred. Plaintiff's proposed final judgment is attached as **Exhibit A**.

Defendants submit that because the Court has scheduled a hearing on the Motion for Reconsideration, they believe it is premature to enter a final judgment at this point in time, because any ruling in Defendants' favor would result in a modification of the final judgment. In the event the Court denies the Motion for Reconsideration, Defendants do not have any objection to the form of Plaintiff's proposed final judgment.

Plaintiff submits that Defendants have not shown any good cause or basis to delay entering final judgment. *Cf.* Order Denying Defendants' Motion to Extend the Deadline to Submit Proposed Judgment [D.E. 44].

Dated: October 6, 2014

| | |
|---|---|
| /s/ Elizabeth Lee Beck | /s/ Mitchell W. Berger |
| By: Elizabeth Lee Beck | By: Mitchell W. Berger |
| | |
| **BECK & LEE TRIAL LAWYERS** | **BERGER SINGERMAN LLP** |
| JARED H. BECK | MITCHELL W. BERGER |
| Florida Bar No. 20695 | Florida Bar No. 311340 |
| ELIZABETH LEE BECK | ZACHARY P. HYMAN |
| Florida Bar No. 20697 | Florida Bar No. 98581 |
| Corporate Park at Kendall | 350 East Las Olas Blvd., Suite 1000 |
| 12485 SW 137th Ave., Suite 205 | Fort Lauderdale, Florida 3301 |
| Miami, Florida 33186 | Telephone: (954) 525-9900 |
| Telephone: (305) 234-2060 | Facsimile: (954) 523-2872 |
| Facsimile: (786) 664-3334 | mberger@bergersingerman.com |
| jared@beckandlee.com | zhyman@bergersingerman.com |
| elizabeth@beckandlee.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I electronically filed the foregoing

*JOINT NOTICE REGARDING PROPOSED FINAL JUDGMENT*

with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document(s) are being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


           /s/ Elizabeth Lee Beck
              Elizabeth Lee Beck


## SERVICE LIST
*Ekins v. Harbourside Funding, LP et al.*
**Case No. 14-80479-JIC**


Mitchell W. Berger
Zachary P. Hyman
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 3301
Telephone:     (954) 525-9900
Facsimile:     (954) 523-2872
mberger@bergersingerman.com
zhyman@bergersingerman.com

**Counsel for Defendants**

(via CM/ECF)