UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS, an individual,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a Florida
limited partnership, et al.,

    Defendants.                                        /

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY PERTAINING TO SETTLEMENT AGREEMENTS RESOLVING ILLEGAL DISPUTES

Defendants, Harbourside Funding, LP, Harbourside Funding GP, LLC and Florida Regional Center, LLC (collectively, "Defendants"), file this Notice of Supplemental Authority in Support of *Defendants' Motion for Reconsideration* [ECF No. 40]:

1.    *Coastal Caisson Drill Co., Inc. v. American Casualty Co. of Reading, Pennsylvania*, 523 So. 2d 791 (Fla. 2d DCA 1988);

2.    *Lowe v. Seagate Homes, Inc.*, 987 So. 2d 758 (Fla. 5th DCA 2008);

3.    *JM Family Enterprises, Inc. v. Winter Park Imports, Inc.*, 10 So. 3d 1133 (Fla. 5th DCA 2009);

4.    *T.C.B. v. Florida Department of Children and Families*, 816 So. 2d 194 (Fla. 1st DCA 2002);

5.    *Katz v. Woltin*, 765 So. 2d 279 (Fla. 4th DCA 2000);

6.    *Voicestream Wireless Corp. v. U.S. Communications, Inc.*, 912 So. 2d 34 (Fla. 4th DCA 2005);

7.    *Perdue v. Green*, 127 So. 3d 343 (Ala. 2012).

BERGER SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

350 East Las Olas Boulevard, Suite 1000 Fort Lauderdale, Florida 33301  Telephone 954-525-9900  Facsimile 954-523-2872

Respectfully submitted,

s/ Mitchell W. Berger
Mitchell W. Berger (FL Bar. No.  311340)
Email: mberger@bergersingerman.com
Zachary P. Hyman (FL Bar No. 98581)
Email: zhyman@bergersingerman.com
BERGER SINGERMAN
350 East Las Olas Blvd., Suite 1000
Tel: (954) 525-9900
Fax: (954) 523-2872
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

s/   Mitchell W. Berger
Mitchell W. Berger

### SERVICE LIST

| | |
|---|---|
| Jared H. Beck | Mitchell W. Berger |
| jared@beckandlee.com | Email: mberger@bergersingerman.com |
| Elizabeth Lee Beck | Zachary P. Hyman |
| elizabeth@beckandlee.com | Email: zhyman@bergersingerman.com |
| **BECK & LEE TRIAL LAWYERS** | BERGER SINGERMAN |
| 12485 SW 137th Ave., Suite 205 | 350 East Las Olas Blvd., Suite 1000 |
| Miami, FL 33186 | Fort Lauderdale, FL  33301 |
| *Attorneys for Plaintiff* | Tel: (954) 525-9900 |
| | Fax: (954) 523-2872 |
| | *Attorneys for Defendants* |