UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP,
a Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company;
and FLORIDA REGIONAL CENTER, LLC,
a Florida limited liability company,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered Order Granting Plaintiff's Motion for Summary Judgment [DE 39] and Order Denying Defendants' Motion for Reconsideration [DE 49].

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff George Ekins and against Defendants Harbourside Funding, LP, Harbourside Funding GP, LLC, and Florida Regional Center, LLC in the amount of $800,833.31, plus post-judgment interest at the rate of 0.11 percent per annum from the date of this Final Judgment. The Defendants are jointly and severally liable to Plaintiff for this sum, for which let execution issue.

2. The Court retains jurisdiction for the purpose of enforcing this judgment and to entertain timely requests for attorneys' fees and costs.

3. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending

motions as **MOOT**.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of October, 2014.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF