UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS, an individual,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a
Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company; and
FLORIDA REGIONAL CENTER, LLC
a Florida limited liability company,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, Harbourside Funding, LP, Harbourside Funding GP, LLC, and Florida Regional Center, LLC, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on October 10, 2014 (ECF No. 50), which refers to Order Granting Plaintiff's Motion for Summary Judgment [ECF No. 39] and Order Denying Defendants' Motion for Reconsideration [ECF No. 49].

5985033-1

BERGER SINGERMAN

350 EAST LAS OLAS BLVD. | SUITE 1000 | FORT LAUDERDALE, FLORIDA 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

Respectfully submitted,

s/ Mitchell W. Berger
Mitchell W. Berger (FL Bar. No. 311340)
Email: mberger@bergersingerman.com
Zachary P. Hyman (FL Bar No. 98581)
Email: zhyman@bergersingerman.com
BERGER SINGERMAN
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Mitchell W. Berger
Mitchell W. Berger

### SERVICE LIST

| | |
|---|---|
| Jared H. Beck | Mitchell W. Berger |
| jared@beckandlee.com | Email: mberger@bergersingerman.com |
| Elizabeth Lee Beck | Zachary P. Hyman |
| elizabeth@beckandlee.com | Email: zhyman@bergersingerman.com |
| **BECK & LEE TRIAL LAWYERS** | BERGER SINGERMAN |
| 12485 SW 137th Ave., Suite 205 | 350 East Las Olas Blvd., Suite 1000 |
| Miami, FL 33186 | Fort Lauderdale, FL 33301 |
| *Attorneys for Plaintiff* | Tel: (954) 525-9900 |
| | Fax: (954) 523-2872 |
| | *Attorneys for Defendants* |

5985033-1

2

BERGER SINGERMAN

350 East Las Olas Blvd. | Suite 1000 | Fort Lauderdale, Florida 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM