Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS, an individual,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a
Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company; and
FLORIDA REGIONAL CENTER,
LLC a Florida limited liability
company,

    Defendants.

## WRIT OF GARNISHMENT

TO:    Bank of America Corporation
c/o CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

YOU ARE HEREBY COMMANDED pursuant to Fed. R. Civ. P. 69 and Chapter 77, Fla. Stat., to Answer this Writ stating whether the Garnishee, Bank of America Corporation ("Garnishee"), has any deposit, account, tangible or intangible personal property, money of, is indebted to or is otherwise in custody or control of assets, cash or property of the Judgment Debtors, listed below:

    Harbourside Funding, LP, a Florida limited partnership
    1295 U.S. Highway 1
    North Palm Beach, Florida 33408

    Harbourside Funding GP, LLC, a Florida limited liability company
    1295 U.S. Highway 1
    North Palm Beach, Florida 33408

1

Florida Regional Center LLC, a Florida limited liability company
1295 U.S. Highway 1
North Palm Beach, Florida 33408

The Garnishee is to Answer this Writ within twenty (20) days after service on the Garnishee, exclusive of the day of service, and serve the ORIGINAL Answer on the Clerk of this Court at the following address:

Clerk of the U.S. District Court
Southern District of Florida
U.S. Courthouse
400 North Miami Ave.
Miami, Florida 33128
Telephone: (305) 523-5100

And a COPY to the attorney for the Judgment Creditor, George Ekins ("Judgment Creditor") listed below:

Elizabeth Lee Beck, Esq.
Beck & Lee Trial Lawyers
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:    (305) 234-2060
Facsimile:    (786) 664-3334
elizabeth@beckandlee.com

The garnishment includes, but is not limited to any and all of Judgment Debtors' deposits, accounts, tangible or intangible personal property, money and debts due to said Judgment Debtors, and any other cash, assets or property of whatever type belonging to Judgment Debtors individually or jointly with any other person or entity, which is in Garnishee's custody or control or was in Garnishee's custody or control at the time of Garnishee's answer, or had at the time of the service of the writ, or at any time between such times. In accordance with Florida Statute § 77.06(4), this Writ of Garnishment shall render Garnishee liable as provided in the fiduciary or representative capacity held by Garnishee.

**The total amount set forth in the Judgment Creditor's Motion for Writ of Garnishment and in the Judgment entered in favor of the Judgment Creditor and against Judgment Debtors Harbourside Funding, LP; Harbourside Funding GP, LLC; and Florida Regional Center LLC is $800,833.31. The Judgment is listed on the PACER system as Docket Number 50. The Judgment has not been vacated, modified, or satisfied.**

**FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE <u>GARNISHEE</u> FOR THE ABOVE AMOUNT.**

<del>INTERROGATORIES DIRECTED TO GARNISHEE</del>

<del>Pursuant to § 77.04 and § 77.06, Fla. Stat., the following interrogatories are to be answered by the Garnishee and served with Garnishee's Answer.</del>

<del>1. At the time of service of the Answer to this Writ of Garnishment, did Garnishee have in its possession, custody, or control any of the Judgment Debtors' deposits, accounts, tangible or intangible personal property, money or debts due to said Judgment Debtors, or any other cash, assets or property of whatever type belonging to Judgment Debtors individually, or jointly with any other person or entity? If so, provide the account numbers, names and addresses of such other person or entity and state what they were or are, their value or amount, and identify any other persons having or appearing to have an ownership interest in the involved property.</del>

<del>Answer:</del>

<del>2. At the time of service of this Writ of Garnishment on Garnishee, did Garnishee have in its possession, custody, or control any of the Judgment Debtors' deposits, accounts, tangible or intangible personal property, money or debts due to said Judgment Debtors, or any other cash, assets or property of whatever type belonging to Judgment Debtors individually, or jointly with any other person or entity? If so, provide the account numbers, names and addresses of such other person or entity and state what they were or are, their value or amount, and identify any other persons having or appearing to have an ownership interest in the involved property.</del>

<del>Answer:</del>

~~5.   Is Garnishee aware of any other person having in its possession, custody, or control any of Judgment Debtors' tangible or intangible personal property, money or debts due to said Judgment Debtors, or any other cash, assets or property of whatever type belonging to Judgment Debtors individually, or jointly with any other person or entity? If so, provide the names and addresses of such other person or entity, and state what they were or are, their value or amount, and identify each joint or co-owner.~~

~~Answer~~

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this the  10th  day of  November , 2014.

~~BANK OF AMERICA CORPORATION~~

~~By:~~ _____
~~Printed Name:~~ _____
~~Its:~~ _____

Clerk, United States District Court   **Steven M. Larimore**
Southern District of Florida
By: _____ [signature: Cynthia D Pabon] _____

#4