UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE EKINS, an individual,

        Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a Florida limited partnership, HARBOURSIDE FUNDING GP, LLC, a Florida limited liability company, and FLORIDA REGIONAL CENTER, LLC, a Florida limited liability company,

        Defendants,

and

BANK OF AMERICA, N.A.,

        Garnishee.

_____/

CASE NO.: 14-80479-CIV-COHN/SELTZER

**ANSWER TO WRIT OF GARNISHMENT SERVED NOVEMBER 10, 2014 AND DEMAND FOR ATTORNEY'S FEES**

    Garnishee, BANK OF AMERICA, N.A., answers in Garnishment and says:

    Garnishee was not indebted and has not had any goods, monies, chattels or effects of Defendants, HARBOURSIDE FUNDING, LP, HARBOURSIDE FUNDING GP, LLC and FLORIDA REGIONAL CENTER, LLC, at the time of service of the Writ of Garnishment served upon the Garnishee (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of its answer and at all times between service and its answer.

    I HEREBY CERTIFY on the 14th day of November, 2014, a true and correct copy of the foregoing filed with the Clerk of Court electronically, thereby a true and correct copy of the

**HALEY & JHONES, P.A.**
9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, FL  33156, Telephone: (305) 661-4637

foregoing was served on Plaintiff's Counsel, Elizabeth Lee Beck, Esq., Beck & Lee Trial Lawyers and all counsel of record.

>
> HALEY & JHONES, P.A.
> Attorneys for Garnishee
> 9100 S. Dadeland Blvd., Suite 1500
> PMB #150048
> Miami, FL   33156
> Phone:   (305) 661-4637
> Fax:      (305) 661-4640
>
> By:     */S/   ANA M. JHONES, ESQUIRE*
> ANA M. JHONES, ESQUIRE
> FBN: 771170
> J. T. HALEY, ESQUIRE
> FBN: 131633

### GARNISHEE'S STATUTORY DEMAND TO JUDGMENT CREDITORS
### FOR ATTORNEYS' FEES DEPOSIT
### (FLORIDA STATUTES, SECTION 77.28)

Garnishee has employed the services of the undersigned law firm to represent Garnishee in these garnishment proceedings.  Garnishee **DEMANDS** the statutory partial payment of $100.00 fee payable to **Haley & Jhones, P.A.,** as compensation to be applied towards Garnishee's reasonable attorneys' fee. Demand is made for payment of the statutory fee within 30 days.

>
> By:     */s/ ANA M. JHONES*
> ANA M. JHONES, ESQUIRE
> FBN: 771170
> J. T. HALEY, ESQUIRE
> FBN: 131633

P:\Garnishments-70.342\Answers-2014\14-566\14-566 ANS N.wpd