UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80479-CIV-COHN/SELTZER

GEORGE EKINS, an individual,

    Plaintiff,

vs.

HARBOURSIDE FUNDING, LP, a
Florida limited partnership;
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company; and
FLORIDA REGIONAL CENTER, LLC
a Florida limited liability company,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR BOND APPROVAL,
MOTION TO STAY EXECUTION PENDING APPEAL, AND
INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF**

Defendants, Harbourside Funding, LP, Harbourside Funding GP, LLC, and Florida Regional Center, LLC ("Harbourside"), pursuant to Federal Rule of Civil Procedure 62(d), move the Court to approve their supersedeas bond and stay the execution of, or any proceedings to enforce, the Court's October 10, 2014, Final Judgment (the "Final Judgment") [ECF No. 50] pending disposition of Harbourside's appeal of the Final Judgment, in support thereof state:

    1.    On October 10, 2014, the Court entered a Final Judgment [ECF No. 50] against the Harbourside Defendants in the amount of $800,833.31, plus post-judgment interest at the rate of 0.11 percent per annum.

    2.    On October 16, 2014, the Harbourside Defendants filed a Notice of Appeal [ECF No. 51].

    3.    Rule 62(d) of the Federal Rules of civil Procedure permits a party, as a matter of right, to obtain a stay of execution of a monetary judgment by posting a supersedeas bond.

*United States v. O'Callaghan,* 805 F. Supp. 2d 1321, 1325-26 (M.D. Fla. 2011). Local Rule 62.1, which governs appeal bonds in the Southern District of Florida, states that "[a] supersedeas bond staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interest, costs and any award of damages for delay." *See United States of America v. William L. Dornbrock*, Case No. 06-61669-civ-KAM, ECF No. 77 (S.D. Fla. Nov. 16, 2008); *Paola Cunningham v. Ariel's Gas & Food Corp.*, Case No. 06-civ-21459-MGC, 2007 WL 3274451 (S.D. Fla. Nov. 5, 2007).

4. Harbourside requests that the Court permit them to post $880,916.64 as a supersedeas bond. That amount constitutes 110% of the Final Judgment, which is sufficient to stay execution pursuant to Local Rule 62.1(a), and preserve the status quo.

5. Moreover, permitting Harbourside to deposit funds with the Court Registry will provide additional security for Ekins, as the money deposited with the Court Registry will accrue interest. *See* Administrative Order 2013-13.

WHEREFORE, Defendants, Harbourside Funding, LP, Harbourside Funding GP, LLC, and Florida Regional Center, LLC, respectfully request that the Court enter and Order: (i) approving of a bond in the amount of $880,916.64; (ii) staying execution of the Final Judgment pending appeal; and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/ Zachary P. Hyman
Mitchell W. Berger (FL Bar. No. 311340)
Email: mberger@bergersingerman.com
Zachary P. Hyman (FL Bar No. 98581)
Email: zhyman@bergersingerman.com
BERGER SINGERMAN
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Zachary P. Hyman
Zachary P. Hyman

### SERVICE LIST

| | |
|---|---|
| Jared H. Beck | Mitchell W. Berger |
| jared@beckandlee.com | Email: mberger@bergersingerman.com |
| Elizabeth Lee Beck | Zachary P. Hyman |
| elizabeth@beckandlee.com | Email: zhyman@bergersingerman.com |
| **BECK & LEE TRIAL LAWYERS** | BERGER SINGERMAN |
| 12485 SW 137th Ave., Suite 205 | 350 East Las Olas Blvd., Suite 1000 |
| Miami, FL 33186 | Fort Lauderdale, FL 33301 |
| *Attorneys for Plaintiff* | Tel: (954) 525-9900 |
| | Fax: (954) 523-2872 |
| | *Attorneys for Defendants* |