**BERGER SINGERMAN LLP**
ATTORNEYS AT LAW
TRUST ACCOUNT
350 E. LAS OLAS BLVD., STE. 1000
FORT LAUDERDALE, FL 33301

THE NORTHERN TRUST COMPANY
Northern Trust
63-965-660

EZShield™ Check Fraud Protection for Business

| DATE | NUMBER | AMOUNT |
|---|---|---|
| Dec 02/2014 | 6285 | $****880,916.64 |

PAY  EIGHT HUNDRED EIGHTY THOUSAND NINE HUNDRED SIXTEEN AND 64/100 DOLLARS

TO THE ORDER OF  U.S. COURTS

AUTHORIZED SIGNATURE

⑈006285⑈ ⑆066009650⑆ 284080034 7⑈

14cv 80479-JIC



```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000006059
Cashier ID: lsandeli
Transaction Date: 12/02/2014
Payer Name: Berger and Singerman
----------------------------------
TREASURY REGISTRY
 For: Harbourside Funding and Region
 Case/Party: D-FLS-9-14-CV-080479-001
 Amount:         $880,916.64
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 6285
 Amt Tendered: $880,916.64
----------------------------------
Total Due:       $880,916.64
Total Tendered: $880,916.64
Change Amt:      $0.00

14-cv-80479-JIC

Bond posted as per DE [65] Order
granting Motion for Bond Approval.

Ekins v. Harbourside Funding, L.P.

Bond in the amount of 880916.64

Remitter: Berger Singerman

350 E. Las Olas Blvd.

Suite 1000

Fort Lauderdale, FL  33301


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Tuesday, November 25, 2014 2:26 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 9:14-cv-80479-JIC Ekins v. Harbourside Funding, LP et al Order on Motion for Bond |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/25/2014 at 2:25 PM EST and filed on 11/25/2014
Case Name:     Ekins v. Harbourside Funding, LP et al
Case Number:   9:14-cv-80479-JIC
Filer:
**WARNING: CASE CLOSED on 10/10/2014**
Document Number: 65(No document attached)

Docket Text:
**PAPERLESS ORDER granting [64] Defendants' Motion for Bond Approval and Motion to Stay Execution Pending Appeal. The Court stays execution of the judgment in this case until 12/2/2014 at 3:00 p.m. This stay shall thereafter expire unless Defendants post and file with the Clerk of this Court a bond in the amount of $880,916.64. Signed by Judge James I. Cohn on 11/25/2014. (drv)**

9:14-cv-80479-JIC Notice has been electronically mailed to:

Ana Maria Jhones     jhonesam@aol.com, ajhones@hsaalegal.com

Elizabeth Lee Beck     elizabeth@beckandlee.com, beckandlee@gmail.com, cmecf@beckandlee.com, ekle2007@yahoo.com

Jared H. Beck     jared@beckandlee.com, beckandlee@gmail.com, cmecf@beckandlee.com, ekle2007@yahoo.com

1

Mitchell Wayne Berger    mberger@bergersingerman.com, drt@bergersingerman.com, hestama@bergersingerman.com

Zachary Paul Hyman    zhyman@bergersingerman.com, clamb@bergersingerman.com, DRT@bergersingerman.com

9:14-cv-80479-JIC Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.: